# Court of Appeals
# of the State of Georgia

ATLANTA, September 03, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0516.  IVORY HOPE CUSHEN v. WILLIAM R. CUSHEN.**

Ivory Hope Cushen filed this application for discretionary appeal from the trial court's order denying her motion for the trial judge to disqualify himself from presiding over her pending divorce action.  We lack jurisdiction.

"Denials of motions to recuse are interlocutory in nature.  An appeal of such an order requires compliance with the interlocutory appeal provisions of OCGA § 5-6-34 (b)," including obtaining a certificate of immediate review within ten days of the order sought to be appealed.  *Ellis v. Stanford*, 256 Ga. App. 294, 295 (2) (568 SE2d 157) (2002); see also *Warringer v. Warringer*, 204 Ga. App. 86 (418 SE2d 446) (1992).  And OCGA § 5-6-35, the discretionary appeal statute, does not excuse a party seeking appellate review of an interlocutory order from complying with the additional requirements of OCGA § 5-6-34 (b).  See *Bailey v. Bailey*, 266 Ga. 832 (471 SE2d 213) (1996).  Accordingly, Cushen's failure to comply with the interlocutory appeals procedures and obtain a certificate of immediate review deprives this Court of jurisdiction, and this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/03/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*